```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARIA DIMEGLIO,

                              Plaintiff,

         -against-

EO PRODUCTS, LLC,

                             Defendant.

-----------------------------------------------------------------X

23-CV-05157 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       On June 27, 2023, Plaintiff filed an affidavit of service on Defendant EO Products, LLC. ECF No. 6. As of today, Defendant has not filed a notice of appearance, responsive pleading, or any other motion. No later than July 25, 2023, Plaintiff shall file a letter informing the Court whether Plaintiff has been in contact with Defendant or made any efforts to confirm receipt of service. The letter should also state whether Plaintiff intends to move for default judgment.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              July 18, 2023