```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARIA DIMEGLIO,

                              Plaintiff,

              -against-

EO PRODUCTS, LLC,

                             Defendant.

-----------------------------------------------------------------X

23-CV-05157 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       On July 25, 2023, Plaintiff failed to file a letter informing the Court whether she has been in contact with Defendant or made any effort to confirm receipt of service. Plaintiff was also directed to state whether she intended to move for default judgment. Plaintiff is once again ordered to file this letter by August 7, 2023. The Court warns Plaintiff that failure to do so could result in this matter being dismissed for failure to prosecute.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               August 2, 2023