UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARIA DIMEGLIO,

                      Plaintiff,                    23-CV-05157 (PGG)(SN)

        -against-                                **ORDER**

EO PRODUCTS, LLC,

                      Defendant.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Defendant is in default. It must either file an answer to Plaintiff's Complaint by September 26, 2023, or Plaintiff shall notify the Court whether it intends to file a motion for default judgment.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     September 19, 2023
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/2023