UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARIA DIMEGLIO,

                              Plaintiff,

         -against-

EO PRODUCTS, LLC,

                            Defendant.
-----------------------------------------------------------------X

23-CV-05157 (PGG)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/2023

**SARAH NETBURN, United States Magistrate Judge:**

        The Defendant is in default. Accordingly, Plaintiff is directed to seek a certificate of default from the Clerk of Court and to file a motion for default judgment by November 3, 2023. If Plaintiff fails to do so, the Court may dismiss this case for failure to prosecute under Rule 41(b).

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    October 13, 2023
              New York, New York